# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

Suntez Pasley, ET. AL,
Plaintiffs

VS.

SHERRIFF(S)
Mearl Justus/RICK WATSON ET. AL
Defendants

Case# 14-505-JPG

## Motion to advise court of the defendants' personal knowledge of violations claimed within the civil rights complaint

Now comes plaintiffs appearing pro se, and moves this court to grant this motion, and in support whereof they state as follows:

1.) That they made all defendants aware of the constitutional violations imposed upon them by rendering complaints and greivances on the proper forms that the St. Clair Co. Jail provides and the matters were not addressed and solved by the defendants to end it forever to properly operate a clean and healthy jail under their official jurisdiction.

-1-

2.) That reports of the living conditions must be rendered to defendant(s) by officers under his authority as a Sheriff, and he took it upon himself to ignore the Constitutional violations mentioned in the Complaints and grievances by plaintiffs.

3.) That grievances and Complaints were given to Lt. Jack Dinges and said Sanitation officers on many occassions by plaintiffs and each Stated that the matters would be taken care of. Moreover, Complaints were given to John Miller, Brueggaman (officer), Leslie Rivera (officer), Nicole Liebig, (Officer) Officer Mc Peak and others about the Constitutional Violations mentioned in the Civil rights Complaint.

4.) That several guards come in the blocks and mention the odors that reak from the toilet areas and how nasty the bars are and often asks the question; "why haven't Lev. Bridges given you guys a better Shower Curtain. These issues were brought to the attention of Cameron Reid and Sgt. Levi Bridges who were the Sanitation officer(s) and did absolutely nothing to Correct it knowing that these were Constitutional Violations.

5.) That defendants, Sgt. Nichols and Lt. Dinges and officers mentioned hearin make Cell block rounds every 30 minutes daily and are very aware of the filthy Conditions and did nothing to end them knowing them to be Constitutional Violations asserted in the body of this Civil rights Complaint.

## Conclusion

Wherefore, the matters stated herein, the Plaintiff's moves this court to grant said motion and accept the unrebuttable facts that the defendants knew about the constitutional violations and did nothing to subside th...

Respectfully Submitted,
Sunter Pasley B-20690 / Sunter Pasley B-20690

x Claude White

x Darrion Lewis

x Elsalah Bass

x Antonio Taylor

# CERTIFICATE OF SERVICE

I certify that a copy of this _Civil RIGHTS Complaint_ was mailed/delivered
(Name of Document)

to _U.S. District Court of Southern Illinois_ on _4/29/14_.
(Name and Address of Party/Attorney)          (Date)

_Sunter Pasley B-20640_
Signature

_Sunter Pasley B-20690_
Printed Name